**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

FRANKLIN NOGAISE DONNACIEN,

Petitioner,

v. No. 2:26-cv-01399-MLG-JMR

WARDEN, Otero County Processing Center; et al.,

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING PETITIONER'S IMMEDIATE RELEASE**

This matter is before the Court on Petitioner Franklin Nogaise Donnacien's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, Doc. 4. The Court, having considered the Petition, having held a hearing on August 26, 2026, and being otherwise fully informed, finds that it is well-taken and should be granted.

For the reasons stated on the record during the August 26, 2026, hearing, and incorporating the holdings and reasoning provided in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026), *Diallo v. Orozco*, No. 2:26-cv-00066-MLG-JHR, 2026 WL 608476 (D.N.M. Mar. 4, 2026), and *Cortez-Gonzalez v. Noem*, 811 F. Supp. 3d 1287 (D.N.M. 2025), the Court grants the Petition.

Donnacien shall be released within forty-eight hours of the entry of this Order. He shall be released with all identification documentation that he possessed on his person when detained by Respondents in September 2025 along with a copy of this Order.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA